## STATE of Maine

v.

## James E. WEST.

Supreme Judicial Court of Maine.

Argued March 5, 1986.

Decided March 31, 1986.

Michael E. Povich, Dist. Atty., Sophie L. Spurr (orally), Asst. Dist. Atty., Ellsworth, for plaintiff.

Libhart & Ferm, William Ferm (orally), Ellsworth, for defendant.

Before NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Defendant, James E. West, appeals from a judgment in Superior Court, Hancock County, entered on a jury-waived verdict of guilty of two counts of gross sexual misconduct in violation of 17–A M.R.S.A. § 253 (Supp. 1985–1986). On appeal he contends: 1) that his statements made during custodial interrogation were involuntary and, therefore, should have been suppressed; 2) that the court made insufficient special findings of fact pursuant to Rule 23(c) M.R. Crim.P.; 3) that this Court should abandon the principle that a defendant who chooses to present evidence cannot challenge on appeal the sufficiency of the State's case in chief; and, 4) that there was insufficient evidence to support his conviction. We find no merit to any of defendant's contentions on appeal.

The entry is:

Judgment affirmed.

All concurring.